# EXHIBIT B

NOTICE: Due to scheduled maintenance, the Maryland Case Search & Record Portal will be unavailable starting on Saturday, September 12, 2026, at 2:00 pm and the outage will last approximately 24 hours.
For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at E-filing - Attorneys | Maryland Courts.

Go Back Now

# Case Detail

## Case Information

Court System: **Circuit Court For Anne Arundel County - Civil**
Location: **Anne Arundel Circuit Court**
Case Number: **C-02-CV-25-003012**
Case Title: **David Escobar, Jr. vs. Independence Home Loans LLC IHL, et al.**
Case Type: **Injunction**
Filing Date: **10/20/2025**
Case Status: **Open**

## Other Reference Numbers

Case Appealed: **ACM-REG-0057-2026**

## Involved Parties Information

### Defendant

Name: **Independence Home Loans LLC IHL**
Added Date: **10/20/2025**
Party in Jail: **No**
Current: **Yes**
Address: **4343 N. Scottsdale Road**
Address Line 2: **Suite 100**

City: **SCOTTSDALE** State: **AZ** ZIP Code: **85251**

Attorney(s) for the Defendant

Name: **GOOREVITZ, TAMARA BETH**
Appearance Date: **12/30/2025**
Address Line 1: **Two North Charles St**
Address Line 2: **Ste 600**
City: **Baltimore** State: **MD** ZIP Code: **21201**
Name: **Cohen, Jordan S.**
Appearance Date: **08/31/2026**
Address Line 1: **Wicker Smith**
Address Line 2: **515 East Las Olas Blvd.**
Address Line 3: **#1400**
City: **FORT LAUDERDALE** State: **FL** ZIP Code: **33301**

Defendant

Name: **AM Communication Lab Inc**
Added Date: **04/10/2026**
Party in Jail: **No**
Current: **Yes**
Address: **11335 NE 122nd Way**
Address Line 2: **Suite 105**
City: **KIRKLAND** State: **WA** ZIP Code: **98034**

Aliases

Business: **Amcomlabs**

Attorney(s) for the Defendant

Name: **MCGRORY, KRISTIN BRIANNE**
Appearance Date: **09/02/2026**
Name: **BOWSER, JOSEPH PAUL**
Appearance Date: **09/04/2026**
Address Line 1: **Argent & Fox, LLP**
Address Line 2: **1050 Connecticut Ave NW**

City: **Washington** State: **DC** ZIP Code: **20036**

Defendant

Name: **Mortgage Pipeline LLC**
Added Date: **04/06/2026**
Party in Jail: **No**
Current: **Yes**
Address: **777 SE 20th Street**
Address Line 2: **Suite 255**
City: **FORT LAUDERDALE** State: **FL** ZIP Code: **33316**

Defendant

Name: **Advanced Mode Communications**
Added Date: **03/25/2026**
Party in Jail: **No**
Current: **Yes**
Address: **NO ADDRESS PROVIDED**

Aliases

Business: **Amcomlabs**

Plaintiff

Name: **Escobar, David Jr**
Address: **1628 Severn Run Ct**
City: **SEVERN** State: **MD** ZIP Code: **21144**

Mediator / ADR Practitioner

Name: **SAMPSON, RICHARD T**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Locat |
|---|---|---|---|---|
| Hearing - Motion | 08/14/2026 | 01:30 PM | Malone, Michael | Judge Misc |
| Conference - Pre-Trial | 09/17/2026 | 02:00 PM | Platt, Steven I | Pre-Trials a |

## Docket Entries

File Date: **10/17/2025**
Party1: **Escobar, David Jr ;**
Party2: **Independence Home Loans LLC IHL;**
Docket Entry Name: **Complaint / Petition**
Comment: **Complaint for Damages and Injunctive Relief**

DOCUMENT

File Date: **10/17/2025**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Case Information Report Filed**

DOCUMENT

File Date: **10/21/2025**
Party1: **Escobar, David Jr ;**
Party2: **Independence Home Loans LLC IHL;**
Docket Entry Name: **Summons Issued (Service Event)**
Comment: **Summons Packet Mailed to David Escobar Jr**

DOCUMENT

File Date: **12/04/2025**
Party1: **Independence Home Loans LLC IHL;**
Docket Entry Name: **Affidavit - Service**

DOCUMENT

File Date: **12/15/2025**
Docket Entry Name: **Order - Mediation**
Comment: **(Copies mailed to David Escobar Jr, Indpendence Home Loan(IHL) and Party list mailed to Richard Sampson)**

DOCUMENT

File Date: **12/15/2025**

Docket Entry Name: **Scheduling Order**

Comment: **(Copies mailed to David Escobar Jr, Indpendence Home Loan(IHL) and Richard Sampson)**

DOCUMENT

File Date: **12/16/2025**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Motion**

Comment: **Motion for Preliminary Injunction**

DOCUMENT

File Date: **12/19/2025**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Motion / Request - To Dismiss**

Comment: **Defendant, Independent Home Loans Motion to Dismiss**

DOCUMENT

File Date: **12/30/2025**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Motion**

Comment: **Joint Motion to Extend Deadlines for Defendants Response to Plaintiffs Motion for Preliminary Injunction and Plaintiffs Response to Defendants Motion to Dismiss**

DOCUMENT

File Date: **12/30/2025**

Party1: **GOOREVITZ, TAMARA BETH ;**

Party2: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Attorney Appearance - $10 Fee**

File Date: **01/05/2026**

Docket Entry Name: **Order**

Comment: **ORDERED that Joint Motion to Extend Deadlines for Defendant's Response to Plaintiff's Motion for Preliminary Injunction and Plaintiff's Response to Defendant's Motion to Dismiss is GRANTED; ORDERED that the deadline for Defendant to file its Response to Plaintiff's Motion for Preliminary Injunction shall be extended up through and including January 7, 2026 (Copies e-served to Atty Goorevitz. Copies mailed to David Escobar Jr)**

DOCUMENT

File Date: **01/05/2026**

Party1: **GOOREVITZ, TAMARA BETH ;**

Party2: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Attorney Appearance - $10 Fee**

Comment: **Defendant, Independent Home Loans Entry of Appearance**

DOCUMENT

File Date: **01/07/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Opposition**

Comment: **Defendant Response in Opposition to Plaintiffs Motion for Preliminary Injunction**

DOCUMENT

File Date: **01/07/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Ex. A to Defendant Response in Opposition to Plaintiffs Motion for Preliminary Injunction**

DOCUMENT

File Date: **01/07/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Ex. B to Defendant Response in Opposition to Plaintiffs Motion for Preliminary Injunction**

DOCUMENT

File Date: **01/07/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Ex. C to Defendant Response in Opposition to Plaintiffs Motion for Preliminary Injunction**

DOCUMENT

File Date: **01/12/2026**
Docket Entry Name: **Order**
Comment: **ORDERED, that Plaintiff's Motion for Preliminary Injunction is DENIED. E-served Atty Goorevitz. Mailed copy to David Escobar, Jr.**

DOCUMENT

File Date: **01/12/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Notice of Discovery**

DOCUMENT

File Date: **01/12/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Subpoena Issued (Non Case Party)**

DOCUMENT

File Date: **01/12/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Supporting Document**
Comment: **to Subpoena. SUBPOENA DUCES TECUM TO NON-PARTY**

DOCUMENT

File Date: **01/12/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Subpoena Issued (Non Case Party)**
Comment: **(Presidential Bank FSB)**

DOCUMENT

File Date: **01/12/2026**
Docket Entry Name: **Supporting Exhibit**

DOCUMENT

File Date: **01/12/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Response/Reply**
Comment: **Plaintiff's Reply in Support of Motion for Preliminary Injunction**

DOCUMENT

File Date: **01/12/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Opposition**

Comment: **Plaintiff's Opposition to Defendant's Motion to Dismiss.**

DOCUMENT

File Date: **01/14/2026**

Docket Entry Name: **Deficient Filing**

Comment: **Defendant, Independent Home Loans Objection and Motion to Strike Order for Referral to Mediation env#24645162**

DOCUMENT

File Date: **01/14/2026**

Docket Entry Name: **Deficient Filing**

Comment: **Deficient Filing Exhibit A to Objection and Motion to Strike Order for Referral to Mediation env#24645162**

DOCUMENT

File Date: **01/14/2026**

Party1: **Independence Home Loans LLC IHL; GOOREVITZ, TAMARA BETH ;**

Docket Entry Name: **Notice of Deficiency - Rule 20-203(d)**

Comment: *****CORRECTED*** eserved to atty GOOREVITZ**

DOCUMENT

File Date: **01/14/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Motion**

Comment: **Defendant, Independent Home Loans Objection and Motion to Strike Order for Referral to Mediation**

DOCUMENT

File Date: **01/14/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Ex. A Strike Order for Referral to Mediation**

DOCUMENT

File Date: **01/15/2026**

Docket Entry Name: **Order**

Comment: **ORDERED that the Motion is GRANTED and the Order for Mediation is rescinded. E-served Atty Goorevitz. Mailed copy to David Escobar, Jr. & MED Richard Simpson**

DOCUMENT

File Date: **01/16/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Motion**

Comment: **for reconsideration of denial of preliminary injunction**

DOCUMENT

File Date: **02/04/2026**

Docket Entry Name: **Order**

Comment: **ORDERED that the Motion to Dismiss is hereby DENIED as the Court finds that Plaintiffs remaining claims are not duplicative, and that Plaintiff's claims may proceed under Md. Code, Com. L. 14-3201-14-3202. (e-served copies to Atty Gorevitz, copies mailed to David Escobar)**

DOCUMENT

File Date: **02/04/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Opposition**

Comment: **Defendant's Response in Opposition to Plaintiffs Motion for Reconsideration**

DOCUMENT

File Date: **02/04/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Motion**

Comment: **Motion for a Nunc Pro Tunc Order**

DOCUMENT

File Date: **02/06/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Subpoena Issued (Non Case Party)**
Comment: **AT&T Corp.**

DOCUMENT

File Date: **02/09/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Certificate of Service**
Comment: **Subpoena Duces Tecum on AT&T Corp**

DOCUMENT

File Date: **02/09/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Certificate of Service**
Comment: **Subpoena Duces Tecum on Presidential Bank, FSB**

DOCUMENT

File Date: **02/09/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Certificate of Service**
Comment: **Subpoena Duces Tecum on Onvoy, LLC DBA Neutral Tandem-Maryland LLC**

DOCUMENT

File Date: **02/09/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Certificate of Service**
Comment: **Subpoena Duces Tecum on SignalWire, Inc.**

DOCUMENT

File Date: **02/09/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Certificate of Service**
Comment: **Subpoena Duces Tecum on Commio LLC, Inc.**

DOCUMENT

File Date: **02/09/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Certificate of Service**
Comment: **Subpoena Duces Tecum on Chase Data Corp.**

DOCUMENT

File Date: **02/09/2026**
Docket Entry Name: **Return/Affidavit of Served Subpoena**
Comment: **Presidential Bank, FSB**

DOCUMENT

File Date: **02/09/2026**
Docket Entry Name: **Return/Affidavit of Served Subpoena**
Comment: **Onvoy, LLC**

DOCUMENT

File Date: **02/10/2026**
Docket Entry Name: **Order**
Comment: **ORDERED, that Plaintiff's Motion for Reconsideration is DENIED.(E-Served to Atty Goorvitz and Copies Mailed to David Escobar, Jr).**

DOCUMENT

File Date: **02/10/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Subpoena Issued (Non Case Party)**
Comment: **Presidential Bank, FSB**

DOCUMENT

File Date: **02/10/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Subpoena Issued (Non Case Party)**
Comment: **Commio LLC**

DOCUMENT

File Date: **02/10/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Subpoena Issued (Non Case Party)**
Comment: **Signalwire Inc.**

DOCUMENT

File Date: **02/10/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

Comment: **ChaseData Corp.**

DOCUMENT

File Date: **02/25/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Notice of Discovery**

Comment: **Defendant Independence Home Loans, LLC's unexecuted Answers to Plaintiff's Interrogatories and Responses to Plaintiff's Request for Production of Documents**

DOCUMENT

File Date: **03/06/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

Comment: **Onvoy LLC.**

DOCUMENT

File Date: **03/06/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

Comment: **Advanced Mode Communication**

DOCUMENT

File Date: **03/06/2026**

Docket Entry Name: **Deficient Filing**

Comment: **PLAINTIFF'S MOTION FOR ORDER OF DEFAULT - ENV #25426614**

DOCUMENT

File Date: **03/06/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Answer**

Comment: **Defendant, Independent Home Loans Answer to Complaint**

DOCUMENT

File Date: **03/06/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Request - Order of Default**

DOCUMENT

File Date: **03/06/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

DOCUMENTS

File Date: **03/06/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

Comment: **Advanced Mode Communication**

DOCUMENTS

File Date: **03/09/2026**

Docket Entry Name: **Order**

Comment: **Order - Motion for Nunc Pro Tunc Order DENIED as MOOT. E-Served Atty Goorevitz. Copy mailed to David Escobar, Jr.**

DOCUMENT

File Date: **03/09/2026**

Docket Entry Name: **Notice of Deficiency - Rule 20-203(d)**

Comment: **E-served to David Escobar.**

DOCUMENT

File Date: **03/09/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Notice of Appeal to ACM**

DOCUMENT

File Date: **03/09/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Amended Answer**

Comment: **Defendant, Independence Home Loans Amended Answer and Affirmative Defenses**

DOCUMENT

File Date: **03/09/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Response/Reply**

Comment: **Defendant's Response in Opposition to the Motion for Order of Default**

DOCUMENT

File Date: **03/10/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Notice Issued - Unpaid Appellate Fees**

Comment: **Mailed to David Escobar, Jr.**

DOCUMENT

File Date: **03/16/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Motion - Compel**

Comment: **Plaintiff's Motion to Compel Discovery Responses**

DOCUMENT

File Date: **03/16/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Affidavit**

Comment: **Affidavit of David Escobar, Jr in Support of Plaintiff's Motion to Compel and Authentication of Exhibits**

DOCUMENT

File Date: **03/18/2026**

Docket Entry Name: **Judicial Notation on Filing**

Comment: **(E-Served Attny Goorevitz & Mailed to David Escobar, Jr)**

DOCUMENT

File Date: **03/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

Comment: **Subpoena and Supplemental Subpoena duces tecum to non-party.**

DOCUMENT

File Date: **03/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

DOCUMENT

Comment: **Subpoena duces tecum to non-party**

File Date: **03/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Response/Reply**

Comment: **Response to Notice of Deficient Filing and Reauest Not to Strike Notice of Appeal.**

DOCUMENT

File Date: **03/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Motion**

Comment: **MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS AND ADD PARTIES**

DOCUMENT

File Date: **03/24/2026**

Party1: **Escobar, David Jr ;**

Party2: **Independence Home Loans LLC IHL;**

DOCUMENT

Docket Entry Name: **Complaint - Amended**

Comment: **First Amended Complaint for Damages and Injuctive Relief**

File Date: **03/24/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

Comment: **and SUPPLEMENTAL SUBPOENA DUCES TECUM TO NON-PARTY**

DOCUMENT

File Date: **03/24/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

Comment: **and SUPPLEMENTAL SUBPOENA DUCES TECUM TO NON-PARTY**

DOCUMENT

File Date: **03/24/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Subpoena Issued (Non Case Party)**

Comment: **and SUPPLEMENTAL SUBPOENA DUCES TECUM TO NON-PARTY**

DOCUMENT

File Date: **03/25/2026**

Party1: **Escobar, David Jr ;**

Party2: **Advanced Mode Communications;**

Docket Entry Name: **Summons Issued (Service Event)**

Comment: **Mailed to David Escobar for service.**

DOCUMENT

File Date: **03/27/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Return/Affidavit of Served Subpoena**

Comment: **served on Chasedata Corp**

DOCUMENT

File Date: **03/27/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Return/Affidavit of Served Subpoena**

Comment: **served on Onvoy LLC**

DOCUMENT

File Date: **03/27/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Return/Affidavit of Served Subpoena**

Comment: **served on Presidential FSB**

DOCUMENT

File Date: **03/31/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Response/Reply**

Comment: **Defendant, IHL's Response to the Motion to Compel or in the alternative a Motion for extension of time to respond to the Motion to Compel**

DOCUMENT

File Date: **03/31/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Exhibit A Response to the Motion to Compel or in the alternative a Motion for extension of time to respond**

DOCUMENT

File Date: **04/03/2026**

Party1: **Escobar, David Jr ;**

Party2: **Independence Home Loans LLC IHL; Advanced Mode Communications;**

Docket Entry Name: **Complaint / Petition**

Comment: **Second Amended Complaint for Damages and Injuctive Relief**

DOCUMENT

File Date: **04/03/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Sup Exh I - Second Amended Complaint for Damages and Injuctive Relief**

DOCUMENT

File Date: **04/03/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Sup Exh J - Second Amended Complaint for Damages and Injuctive Relief**

DOCUMENT

File Date: **04/03/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Sup Exh K - Second Amended Complaint for Damages and Injuctive Relief**

DOCUMENT

File Date: **04/03/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Supporting Document**

Comment: **Sup Doc - Second Amended Complaint for Damages and Injuctive Relief**

DOCUMENT

File Date: **04/06/2026**

Docket Entry Name: **Order**

Comment: **ORDERED that Plaintiff's Request Not toStrike is DENIED as MOOT. (E-Served Atty Goorevitz. Copies mailed to David Escobar Jr)**

DOCUMENT

File Date: **04/06/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Response/Reply**

Comment: **Defendant, Independence Home Loans Response to Plaintiff's Motion for Extension of Time to Amend Pleadings and Add Parties**

DOCUMENT

File Date: **04/07/2026**

Party1: **Escobar, David Jr ;**

Party2: **Mortgage Pipeline LLC;**

Docket Entry Name: **Summons Issued (Service Event)**

Comment: **Mailed to David Escobar for service.**

DOCUMENT

File Date: **04/07/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Supporting Document**

Comment: **Sup Doc - Second Amended Complaint for Damages and Injuctive Relief**

DOCUMENT

File Date: **04/10/2026**
Party1: **Escobar, David Jr ;**
Party2: **AM Communication Lab Inc;**
Docket Entry Name: **Summons Issued (Service Event)**
Comment: *****Gave to Mr Escobar at front Counter)**

DOCUMENT

File Date: **04/13/2026**
Docket Entry Name: **Order**
Comment: **ORDERED that the Motion is DENIED as moot without prejudice. E-served and mailed to all parties.**

DOCUMENT

File Date: **04/14/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Subpoena Issued**

DOCUMENT

File Date: **04/21/2026**
Docket Entry Name: **Deficient Filing**
Comment: **Defendant, Independent Home Loans Motion to Dismiss and Motion for more definite statement Envelope # 26109172**

DOCUMENT

File Date: **04/21/2026**
Docket Entry Name: **Deficient Filing**
Comment: **Proposed order to Defendant, Independent Home Loans Motion to Dismiss and Motion for more definite statement Envelope # 26109172**

DOCUMENT

File Date: **04/22/2026**
Docket Entry Name: **Notice of Deficiency - Rule 20-203(d)**
Comment: *****CORRECTED*** Notice E-Serve to ATTY Goorevitz**

DOCUMENT

File Date: **05/06/2026**
Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Motion**

Comment: **IHL's Motion for More Definite Statement**

DOCUMENT

File Date: **05/06/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Motion / Request - To Dismiss**

Comment: **IHL's Motion to Dismiss Count XIX of Plaintiffs Second Amended Complaint**

DOCUMENT

File Date: **05/08/2026**

Docket Entry Name: **Order to Proceed**

Comment: **ORDERED that pursuant to Maryland Rule 8-206(c), the above-captioned appeal shall proceed without a Prehearing Conference or Alternative Dispute Resolution.**

DOCUMENT

File Date: **05/20/2026**

Party1: **AM Communication Lab Inc;**

Docket Entry Name: **Affidavit - Service**

DOCUMENT

File Date: **05/20/2026**

Party1: **Mortgage Pipeline LLC;**

Docket Entry Name: **Affidavit - Service**

DOCUMENT

File Date: **05/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Opposition**

Comment: **PLAINTIFF'S OPPOSITION TO DEFENDANT INDEPENDENCE HOME LOANS LLC'S MOTION FOR MORE DEFINITE STATEMENT**

DOCUMENT

File Date: **05/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Opposition**

Comment: **PLAINTIFF'S OPPOSITITON TO DEFENDANT INDEPENDENCE HOME LOANS LLC'S MOTION TO DISMISS COUNT XIX OF THE SECOND AMENDED COMPLAINT**

DOCUMENT

File Date: **05/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Motion - Compel**

Comment: **Plaintiff's Renewed motiont to compel discovery responses and sanctions**

DOCUMENT

File Date: **05/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Affidavit**

DOCUMENT

File Date: **06/04/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Notice of Discovery**

Comment: **Defendant Independence Home Loans, LLCs Notice of Service Regarding Discovery**

DOCUMENT

File Date: **06/04/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Opposition**

Comment: **Response in Opposition to Renewed Motion to Compel**

DOCUMENT

File Date: **06/04/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Sup Exh A - Response in Opposition to Renewed Motion to Compel**

DOCUMENT

File Date: **06/04/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Sup Exh B - Response in Opposition to Renewed Motion to Compel**

DOCUMENT

File Date: **06/04/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Response/Reply**

Comment: **Defendant, Independence Home Loan Reply in support of its Motion to Dismiss Count XIX of Plaintiffs Second Amended Complaints**

DOCUMENT

File Date: **06/04/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Response/Reply**

Comment: **Defendant, Independence Home Loans Reply in Support of its Motion for More Definite Statement**

DOCUMENT

File Date: **06/10/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Reply to Opposition**

Comment: **PLAINTIFF'S REPLY IN SUPPORT OF RENEWED MOTION TO COMPEL DISCOVERY RESPONSES AND FOR SANCTIONS UNDER MARYLAND RULE 2-433**

DOCUMENT

File Date: **06/10/2026**

Docket Entry Name: **Supporting Exhibit** DOCUMENT

Comment: **Ex A: Reply to Opposition**

File Date: **06/10/2026**

Docket Entry Name: **Supporting Exhibit** DOCUMENT

Comment: **Ex B: Reply to Opposition**

File Date: **06/10/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Motion**

Comment: **PLAINTIFF'S MOTION TO STRIKE DEFENDANT INDEPENDENCE HOME LOANS, LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS COUNT XIX**

DOCUMENT

File Date: **06/10/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Motion**

Comment: **Plaintiff's Motion to Strike Defendant Independence Home Loans, LLC's Reply in Support of its Motion for More Definite Statement**

DOCUMENT

File Date: **06/12/2026**

Docket Entry Name: **Order**

Comment: **Ordered that the motion is denied as moot without prejudice. E-served atty Goorevitz. Copy mailed to David Escobar and Mortgage Pipeline.**

DOCUMENT

File Date: **06/15/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Notice of Discovery**

Comment: **Independence Home Loans Notice of Service Regarding Discovery to Plaintiff**

DOCUMENT

File Date: **06/22/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Motion - Reconsideration**

Comment: **Motion for Reconsideration of the Court's June 8,2026 Order, or in the Alternative, for a Discovery Hearing**

DOCUMENT

File Date: **06/22/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Request - Order of Default**
Comment: **Against amcomlabs**

DOCUMENT

File Date: **06/22/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Request - Order of Default**
Comment: **Against Mortgage Pipeline**

DOCUMENT

File Date: **06/25/2026**
Party1: **Independence Home Loans LLC IHL;**
Docket Entry Name: **Response/Reply**
Comment: **DEFENDANT, INDEPENDENCE HOME LOANS, LLCS, RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION TO STRIKE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

DOCUMENT

File Date: **06/25/2026**
Party1: **Independence Home Loans LLC IHL;**
Docket Entry Name: **Response/Reply**
Comment: **DEFENDANT, INDEPENDENCE HOME LOANS, RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION TO STRIKE REPLY IN SUPPORT OF ITS MOTION FOR MORE DEFINITE STATEMENT**

DOCUMENT

File Date: **06/29/2026**
Docket Entry Name: **Order**
Comment: **Ordered the Plaintiff's request for Order of Default is DENIED. (Eservice to Atty Goorevitz and copies mailed to all parties)**

DOCUMENT

File Date: **06/29/2026**

Docket Entry Name: **Order**

Comment: **Ordered the Defendant's request for Order of Default is DENIED. (Eservice to Atty Goorevitz and copies mailed to all parties)**

DOCUMENT

File Date: **07/07/2026**

Docket Entry Name: **Certification**

Comment: **of Original Case File**

DOCUMENT

File Date: **07/07/2026**

Docket Entry Name: **Original Record Sent**

Comment: **to ACM thru Workflow Queue; No Transcripts**

File Date: **07/07/2026**

Docket Entry Name: **Deficient Filing**

Comment: **Defendant, Independence Home Loans Consent Motion to Extend Deadline for Defendants Response to Plaintiffs Motion for Reconsideration of the Courts June 9, 2026 Order Envelope #27238048**

DOCUMENT

File Date: **07/07/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Request - Order of Default**

Comment: **Amended - Mortgage Pipeline**

DOCUMENT

File Date: **07/07/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Affidavit - Non-Military**

Comment: **Mortgage Pipeline**

DOCUMENT

File Date: **07/07/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Affidavit - Non-Military**

DOCUMENT

Comment: **amcomlabs**

File Date: **07/07/2026**
Party1: **Escobar, David Jr ;**
Docket Entry Name: **Request - Order of Default**
DOCUMENT
Comment: **Amended - amcomlabs**

File Date: **07/07/2026**
Docket Entry Name: **Supporting Exhibit**
DOCUMENT
Comment: **affidavit and green card**

File Date: **07/07/2026**
Party1: **Independence Home Loans LLC IHL;**
Docket Entry Name: **Consent Motion**
Comment: **Defendant, Independence Home Loans Consent Motion to Extend Deadline for Defendants Response to Plaintiffs Motion for Reconsideration of the Courts June 9, 2026 Order**

DOCUMENT

File Date: **07/09/2026**
Docket Entry Name: **Notice of Deficiency - Rule 20-203(d)**
DOCUMENT
Comment: *****CORRECTED*** E-served to Atty Goorevitz**

File Date: **07/09/2026**
Docket Entry Name: **Order**
Comment: **ORDER SETTING IN MOTIONS HEARING (Eservice to Atty Goorevitz and copies mailed to all parties)**

DOCUMENT

File Date: **07/14/2026**
Docket Entry Name: **Order**
Comment: **Ordered that the Motion to Extend the Deadline is GRANTED. (Mail Copies to A.M Communication Lab, Advanced Mode Communication, David Escobar Jr, Mortgage Pipeline LLC. E-Serve Copies to ATTY Goorevitz.)**

DOCUMENT

File Date: **07/14/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Response/Reply**

Comment: **Response in Opposition to Plaintiffs Motion for Reconsideration of June 9, 2026 Order**

DOCUMENT

File Date: **07/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Request - Order of Default**

Comment: **Amended Request for Order of Default**

DOCUMENT

File Date: **07/20/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Certificate of Service**

Comment: **Amended Certificate of Service for the Amend Request for Order of Default**

DOCUMENT

File Date: **07/21/2026**

Docket Entry Name: **Order**

Comment: **of Court ORDERED, that Plaintiff's Motion to Strike is DENIED in part, as to Plaintiff's request to strike any new attacks raised in the Reply, docketed June 4, 2026, and to strike the citations as described in the Motion to Strike; and, it is further, ORDERED, that Plaintiff is GRANTED leave to file a surreply addressing any new attacks raised in the Reply. (e-served copies to Atty Goorevitz; copies mailed to all Defs in the case)**

DOCUMENT

File Date: **07/21/2026**

Docket Entry Name: **Order**

Comment: **ORDERED, that Plaintiff's Motion to Strike is DENIED in part, as to Plaintiff's request to strike any new attacks raise in the Reply, docketed June 4, 2026; and, it is further, ORDERED, that Plaintiff is GRANTED leave to file a surreply addressing any new attacks raised in the Reply; and, it is further, ORDERED,**

that the merits of Defendant's Motion for More Definite Statement shall be addressed at the Motions hearing on August 14, 2026, as established in the Order Setting in Motions Hearing, docketed July 9, 2026. (e-served copies to Atty Goorevitz; copies mailed all all Defs in the case.)**

DOCUMENT

File Date: **07/23/2026**

Party1: **Advanced Mode Communications;**

Docket Entry Name: **Returned/Undeliverable Mail**

DOCUMENT

File Date: **07/30/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Motion / Request - For Special Admission of Attorney**

Comment: **Defendant, Independence Home Loans, LLC Motion for Special Admission of out-of-state attorney**

DOCUMENT

File Date: **08/03/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Motion - Modify Scheduling Order**

Comment: **Defendant, Independence Home Loans Consent Motion to Modify the Scheduling Order**

DOCUMENT

File Date: **08/05/2026**

Docket Entry Name: **Order**

Comment: **ORDER RE: Scheduling case for an additional 30 minutes added to hearing. (E-service notification sent to Atty Goorevitz and copies to All Other Parties Involved)**

DOCUMENT

File Date: **08/10/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Motion / Request for Remote Proceeding / Appear Remotely**

Comment: **Defendant Independence Home Loans, LLCs Motion for Remote Participation**

DOCUMENT

File Date: **08/11/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Response/Reply**

Comment: **Surreply to Motion to Dismiss**

DOCUMENT

File Date: **08/12/2026**

Party2: **Mortgage Pipeline LLC; AM Communication Lab Inc;**

Docket Entry Name: **Order of Default**

Comment: **(Copy Mailed to Mortgage Pipeline, LLC, AM Communication Labs Inc, Advanced Mode Communications dba Amcomlabs("AMCOMLABS") and David Escobar Jr. Copy E-served to Atty Goorevitz)**

DOCUMENT

File Date: **08/12/2026**

Party1: **Mortgage Pipeline LLC; AM Communication Lab Inc;**

Docket Entry Name: **Notice of Default Order Issued**

DOCUMENTS

File Date: **08/13/2026**

Docket Entry Name: **Order**

Comment: **Order - Notice of Deficiency (E-served Atty Goorevitz...Mailed to David Escobar, Advanced Mode Communications, Mortgage Pipeline LLC)**

DOCUMENT

File Date: **08/14/2026**

Docket Entry Name: **Hearing Sheet**

DOCUMENT

File Date: **08/20/2026**

Docket Entry Name: **Mandate Received from Appellate Court of Maryland**

Comment: **Voluntary Dismissal by Appellant. Appeal Dismissed.**

DOCUMENT

File Date: **08/27/2026**

Docket Entry Name: **Order**

Comment: **ORDERED that the Motion is GRANTED; and it is further ORDERED that Jordan S. Cohen is hereby admitted pro hac vice on behalf Independence Home Loans, LLC, in this matter. E-served to Atty Goorevitz and mailed copies to David Escobar Jr, Advanced Mode Communications, AM Communication Lab Inc, Mortgage Pipeline LLC and Atty Jordan S. Cohen.**

DOCUMENT

File Date: **08/27/2026**

Docket Entry Name: **Order**

Comment: **ORDERED, that Plaintiff's Motion for Reconsideration of June 9, 2026 Order is hereby DENIED. (E-Served to Atty Goorevitz, and Copies mailed to Am Communication Lab Inc, Mortgage Pipeline LLC).**

DOCUMENT

File Date: **08/28/2026**

Party1: **Escobar, David Jr ;**

Docket Entry Name: **Consent Motion**

Comment: **Plaintiff's Consent Motion for Extension of Time to File Amended Complaint**

DOCUMENT

File Date: **08/31/2026**

Party1: **Cohen, Jordan S.;**

Party2: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Attorney Appearance - No Fee**

File Date: **08/31/2026**

Docket Entry Name: **Returned/Undeliverable Mail**

DOCUMENT

Comment: **from ADVANCED MODE COMMUNICATIONS**

File Date: **09/02/2026**

Party1: **MCGRORY, KRISTIN BRIANNE ;**

Party2: **AM Communication Lab Inc;**

Docket Entry Name: **Attorney Appearance - $10 Fee**

Comment: **2026.09.02 AM Comm_Escobar - MD State Court Notice of Appearance (KM)**

DOCUMENT

File Date: **09/03/2026**

Docket Entry Name: **Order**

Comment: **ORDERED, that the Motion of the Defendant's Consent Motion to Modify Scheduling Order filed 8/3/26 is DENIED. E-served to Attys. Goorevitz & Cohen . Mailed to AM Communication Lab nc., D. Escobar Jr. and Mortgage Pipeline LLC.**

DOCUMENT

File Date: **09/03/2026**

Party1: **BOWSER, JOSEPH PAUL ;**

Party2: **AM Communication Lab Inc;**

Docket Entry Name: **Attorney Appearance - No Fee**

Comment: **2026.09.02 AM Comm_Escobar - MD State Court Notice of Appearance (JPB)**

DOCUMENT

File Date: **09/09/2026**

Party1: **Independence Home Loans LLC IHL;**

Docket Entry Name: **Notice of Discovery**

Comment: **Defendants Independence Home Loans Notice of Service regarding Discovery to Notice to Take Remote Videotaped Deposition of Plaintiff**

DOCUMENT

File Date: **09/10/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Sup Exh B - Motion to Vacate Order of Default**

DOCUMENT

File Date: **09/10/2026**

Party1: **AM Communication Lab Inc;**

Docket Entry Name: **Motion/Request - Vacate Order of Default**

Comment: **Motion to Vacate Order of Default**

DOCUMENT

File Date: **09/10/2026**

Party1: **AM Communication Lab Inc;**

Docket Entry Name: **Motion - Modify Scheduling Order**

Comment: **Consent Motion to Continue Current Deadlines and to Modify Scheduling Order**

DOCUMENT

File Date: **09/10/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Sup Exh A - Motion to Vacate Order of Default**

DOCUMENT

File Date: **09/11/2026**

Docket Entry Name: **Order**

Comment: **ORDERED, that the Motion is GRANTED; and it is further ORDERED, that Plaintiff shall file his amended complaint in response to the Court's Order granting Defendant's Motion for a More Definite Statement on or before September 4, 2026. E-served to Attys. Goorevitz, McGrory, Bowser & Cohen . Mailed to D. Escobar Jr. and Mortgage Pipeline LLC.**

DOCUMENT

## Other Documents

Created Date: **10/20/2025, 9:07:32 AM**

Document Name: **new case - C-02-CV-25-003012**

DOCUMENT

Created Date: **12/15/2025, 2:41:03 PM**

Document Name: **Party List**

DOCUMENT

Created Date: **7/7/2026, 8:49:41 AM**

Document Name: **Appeal Index**

DOCUMENT

Created Date: **7/7/2026, 8:49:53 AM** DOCUMENT
Document Name: **Appeal Volume 1**

Created Date: **7/7/2026, 8:49:53 AM** DOCUMENT
Document Name: **Appeal Volume 2**

Created Date: **7/7/2026, 8:49:53 AM** DOCUMENT
Document Name: **Appeal Volume 3**

Created Date: **7/7/2026, 8:49:53 AM** DOCUMENT
Document Name: **Appeal Volume 4**

Created Date: **8/27/2026, 1:21:04 PM** DOCUMENT
Document Name: **CC-DC-079-CS COVER SHEET**

Created Date: **8/27/2026, 1:21:04 PM** DOCUMENT
Document Name: **CC-DC-079-CS COVER SHEET**

Created Date: **8/27/2026, 1:21:05 PM** DOCUMENT
Document Name: **CC-DC-079-CS COVER SHEET**

Created Date: **8/27/2026, 1:21:05 PM** DOCUMENT
Document Name: **CC-DC-079-CS COVER SHEET**

Created Date: **9/11/2026, 11:58:43 AM** DOCUMENT
Document Name: **CC-DC-079-CS COVER SHEET**

Created Date: **9/11/2026, 11:58:44 AM** DOCUMENT
Document Name: **CC-DC-079-CS COVER SHEET**

## Service Information

| Service Type | Person to Serve | Issue Date | Service Date |
|---|---|---|---|
| Summons Issued | Independence Home Loans, LLC ("IHL") | 10/21/2025 | |
| Subpoena Issued | Independence Home Loans, LLC ("IHL") | 01/12/2026 | |
| Summons Issued | ADVANCED MODE COMMUNICATIONS | 03/25/2026 | |
| Summons Issued | Mortgage Pipeline LLC | 04/07/2026 | 04/14/2026 |
| Summons Issued | A.M Communication Lab Inc AMCOMLABS | 04/10/2026 | 04/14/2026 |
| Subpoena Issued | Independence Home Loans, LLC ("IHL") | 04/14/2026 | |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2026. Maryland Judiciary. All rights reserved. | Environment: PROD | Version: 1.1