**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DAVID ESCOBAR , JR.**,

Plaintiff,

**v.**

**INDEPENDENCE HOME LOANS, LLC, ET AL.,**

Defendant.

**Case No. 1:26-cv-03633-JKB**

**AM COMMUNICATION LABS INC.'S DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant AM Communication Labs Inc. ("AM Comm"), through counsel, certifies that it is a Delaware corporation that is wholly owned by Readymode.com Inc., a Canadian corporation.

AM Comm is not aware of any other non-parties that may have a financial interest in the outcome of this case.

Dated: September 21, 2026

Respectfully submitted,

AM COMMUNICATION LABS INC.

By Counsel

/s/ *Joseph P. Bowser*
Joseph P. Bowser
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Phone: 804-441-8701
Fax: 804-441-8438
Email: jbowser@rothjackson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2026, I caused a copy of the foregoing Disclosure Statement to be served upon Plaintiff via email and first-class mail and Independence Home Loans, LLC's and Mortgage Pipeline LLC's counsel of record via this courts electronic filing system as follows:

David Escobar, Jr.
1628 Severn Run Ct.
Serven, MD
david.j.escobar2@gmail.com
*Plaintiff Pro Se*

Noam B Fischman
Akerman LLP
750 Ninth Street, NW, Ste. 750
Washington, DC 20001
Telephone: 202-824-1725
Email: noam.fischman@akerman.com
*Counsel for Mortgage Pipeline LLC*

Tamara B Goorevitz
Franklin & Prokopik P.C.
Two North Charles Street, Suite 600
Baltimore, MD 21201
Telephone: 410-230-3625
tgoorevitz@fandpnet.com
*Counsel for Independence Home Loans, LLC*

/s/ *Joseph P. Bowser*
Joseph P. Bowser