**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DAVID ESCOBAR , JR.**,<br><br>Plaintiff,<br><br>**v.**<br><br>**INDEPENDENCE HOME LOANS, LLC, ET AL.,**<br><br>Defendants. | **Case No. 1:26-cv-03633-JKB** |

**AM COMMUNICATION LABS INC.'S REMOVAL STATEMENT**

Pursuant to Amended Standing Order 2021-13, Defendant AM Communication Labs Inc. ("AM Comm"), through counsel, submits the following Removal Statement.

1. The date(s) on which each defendant was served with a copy of the summons and complaint.

ANSWER: While Plaintiff named AM Comm as a defendant in the Second Amended Complaint, he did not properly effectuate service, and AM Comm did not learn that it was added as a party to the State Court Action until September 1, 2026, when it received notice of the Court's Order of Default in the mail at its office in Washington State. *See* Defendant AM Communication Labs Inc.'s Motion to Vacate Order of Default ("Motion to Vacate"), Dkt. No. 9.

The State Court docket indicates that Independence Home Loans, LLC ("IHL") was served on or about November 10, 2025.

Defendant Mortgage Pipeline, LLC appears to deny having received service of process, but has reached an agreement with Plaintiff to set its time to respond to the operative Third Amended Complaint. *See* Defendant Mortgage Pipeline, LLC's Unopposed Motion for Extension of Time to Respond to Operative Complaint, Dkt. No. 14.

2. In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.

ANSWER: This action's removal is predicated first on federal-question jurisdiction, while diversity jurisdiction provides a secondary basis for removal. *See* Notice of Removal, Dkt. No. 1, at 2-3. With respect to the Court's diversity jurisdiction, AM Comm is a Delaware corporation with its principal place of business in Kirkland, Washington. *Id*. at 4. Defendant IHL is an Arizona limited liability company, whose sole member is an Arizona resident. *Id*. Defendant Mortgage Pipeline is a Florida limited liability company, whose sole member is a Florida resident. *Id*. Thus, in addition to federal-question jurisdiction, there is also complete diversity with Plaintiff, a Maryland resident. *Id*.

3. If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.

ANSWER: *See id.* at 5-6, and Motion to Vacate. AM Comm's right to remove this action commenced on September 1, 2026, and which it timely exercised by filing its Notice of Removal, with all other Defendants' consent, on September 14, 2026.

4. In actions removed to this Court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.

ANSWER: N/A; AM Comm removed this action, with all defendants' consent, on September 14, 2026, less than a year after Plaintiff commenced the state court action against IHL on October 17, 2025.

5. Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.

ANSWER: N/A; None.

Dated: September 21, 2026

Respectfully submitted,

AM COMMUNICATION LABS INC.

By Counsel

/s/ *Joseph P. Bowser*
Joseph P. Bowser
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Phone: 804-441-8701
Fax: 804-441-8438
Email: jbowser@rothjackson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2026, I caused a copy of the foregoing Removal Statement to be served upon Plaintiff via email and first-class mail and Independence Home Loans, LLC's and Mortgage Pipeline LLC's counsel of record via this courts electronic filing system as follows:

David Escobar, Jr.
1628 Severn Run Ct.
Serven, MD
david.j.escobar2@gmail.com
*Plaintiff Pro Se*

Noam B Fischman
Akerman LLP
750 Ninth Street, NW, Ste. 750
Washington, DC 20001
Telephone: 202-824-1725
Email: noam.fischman@akerman.com
*Counsel for Mortgage Pipeline LLC*

Tamara B Goorevitz
Franklin & Prokopik P.C.
Two North Charles Street, Suite 600
Baltimore, MD 21201
Telephone: 410-230-3625
tgoorevitz@fandpnet.com
*Counsel for Independence Home Loans, LLC*

/s/ *Joseph P. Bowser*
Joseph P. Bowser