**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| DAVID ESCOBAR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT HOME LOANS, LLC; AM COMMUNICATION LABS, INC., and MORTGAGE PIPELINE, LLC,<br><br>Defendants. | CASE NO: 26-cv-03633-JKB |

**DEFENDANT MORTGAGE PIPELINE, LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT WITH PREJUDICE**

Defendant Mortgage Pipeline, LLC ("**MP**"), by and through counsel, respectfully moves this Court pursuant to Fed. R. Civ. Proc. 9(b) and 12(b)(6) to dismiss Plaintiff David Escobar, Jr.'s ("**Plaintiff**") Third Amended Complaint ("**Complaint**") with prejudice.

In support of this Motion, Defendant MP relies on the accompanying Memorandum of Law, filed concurrently herewith, which demonstrates that Plaintiff fails to state a claim upon which relief can be granted.

WHEREFORE, Defendant MP respectfully requests that this Court grant this Motion to Dismiss with prejudice, dismiss Plaintiff's Third Amended Complaint as to Defendant MP, and award such other and further relief as the Court deems just and proper.

Dated October 5, 2026

Respectfully submitted,

By: */s/ Noam B. Fischman*
Noam B. Fischman (D. Md. Bar No. 16311)
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington DC, 20001
Phone: (202) 824-1725
Fax: (202) 393-5959
Noam.Fischman@akerman.com

- and -

Jeffrey B. Pertnoy (Florida Bar No. 91939)
***Admitted Pro Hac Vice***
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Phone: (305) 374-5600
Fax: (305) 374-5095
jeffrey.pertnoy@akerman.com
bryan.west@akerman.com

*Attorneys for Defendant Mortgage Pipeline, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I caused a true and correct copy of the foregoing Defendant Mortgage Pipeline's Motion to Dismiss Plaintiff's Third Amended Complaint and accompanying Memorandum of Law to be served upon all counsel of record for Independence Home Loans, LLC and AM Communication Labs, Inc. via CM/ECF, and to be served upon Plaintiff via email and USPS first class mail at the following address:

David Escobar, Jr.
1628 Severn Run Ct.
Severn, MD 21144
david.j.escobar2@gmail.com

By: */s/ Noam B. Fischman*
Noam Fischman